# United States District Court
## Eastern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| **V.** | |
| **SAMUEL GUADALUPE FLORES** | **DOCKET NUMBER:**<br>6:16-mj-003-MJS |

I, acting legal officer Matthew McNease, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.   In Yosemite National Park, in the Eastern District of California, Samuel Guadalupe FLORES did violate:

**Count 1:** Driving under the influence of alcohol to a degree that renders the operator incapable of safe operation, in violation of Title 36 Code of Federal Regulations § 4.23(a)(2)
**Maximum penalty: 6 months imprisonment, and/or $5,000 fine**

**Count 2:** Driving under the influence of alcohol with a BAC greater than 0.08%, in violation of Title 36 Code of Federal Regulations § 4.23(a)(1)
**Maximum penalty: 6 months imprisonment, and/or $5,000 fine**

**Count 3:** Operating a motor vehicle with one headlamp, in violation of Title 36 Code of Federal Regulations § 4.2(b), incorporating California Vehicle Code § 24400(a)
**Maximum penalty: 6 months imprisonment, and/or $5,000 fine**

**Count 4:** Failing to obtain a driver's license within 10 days of residency, in violation of Title 36 Code of Federal Regulations § 4.2(b), incorporating California Vehicle Code § 12505(c)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

I further state that I am the acting legal officer and that this complaint is based on the following facts and information supplied to me by National Park Service Law Enforcement Rangers.

On October 31, 2015, in Yosemite National Park, at approximately 2345 hours, Ranger Brendan Bonner and Ranger Timothy Knaus were travelling eastbound on Northside Drive in Yosemite Valley when they observed a vehicle coming towards them bearing one working headlight. Rangers turned around and followed the vehicle.

Near the Camp Four SAR Site turnoff, Ranger Knaus observed the sedan drift over the fog line, off the road, and into the pine needles.   The vehicle then quickly corrected back into the lane of

Speedy Trial Act Applies: **No**                                      U.S. v. Samuel Guadalupe Flores
                                                                                               Criminal Complaint

travel. Less than a quarter mile later, Ranger Knaus observed the car drift to the right and over the fog line again and then slow to 10 miles under the speed limit. The vehicle pulled off of the road very slowly into the pullout, and Ranger Knaus initiated a traffic stop on Northside Drive.

The driver could not produce his driver's license, but instead handed Ranger Knaus an employee identification card from the Delaware North Corporation that expired in December, 2014. The driver, later identified as Samuel Guadalupe FLORES, admitted to consuming two beers earlier in the evening.

Ranger Knaus went to his vehicle to run FLORES' information through dispatch and after a short time returned to FLORES vehicle. When Ranger Knaus re-approached the vehicle he observed FLORES slumped over in his seat with his head leaned over to his left side. Ranger Knaus stood at the driver's side door for approximately ten seconds with his flashlight shining onto FLORES' shoulder area. Ranger Bonner observed that FLORES' eyes were closed and he was snoring. FLORES appeared to be asleep and did not react to Ranger Bonner's flashlight near his face. Ranger Knaus shone his flashlight into FLORES' face, and FLORES slowly lifted his head and turned towards Ranger Knaus. FLORES agreed to take field sobriety tests and got out of his vehicle. Ranger Knaus could smell the strong odor of an alcoholic beverage emanating from FLORES.

FLORES completed field sobriety tests which revealed signs of impairment. FLORES then provided preliminary breath samples which indicated a breath alcohol concentration of 0.148% and 0.152% BAC.

FLORES stated he had an Alaska driver's license, but admitted he had been living in California since May, 2011. FLORES further stated he did not believe he needed to get a license because he had been living on federal land in Yosemite National Park. However, he also admitted he had been living in Merced, California, since he left his job in Yosemite Valley, in December, 2014.

FLORES was placed under arrest and transported to the Yosemite Holding Facility where he completed an evidentiary breath test. At 0016 hours, FLORES provided two breath samples. Each was measured at 0.13% BAC.

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

_1/7/2016_
Date

_Matt McNease_ (signature)
Matthew McNease
Acting Legal Officer
Yosemite National Park, CA

Speedy Trial Act Applies: **No**

U.S. v. Samuel Guadalupe Flores
Criminal Complaint

Sworn to before me and subscribed in my presence, in Yosemite National Park, California.

_____1/7/16_____  
Date

_____[signature]_____  
Honorable Michael J. Seng  
U. S. Magistrate Judge  
Eastern District of California