Susan St. Vincent
Yosemite Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241



**FILED**

JAN 05 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL GUADALUPE FLORES,<br><br>Defendant. | DOCKET NO. 6:16-mj-003-MJS<br><br>**AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |

I, Susan St. Vincent, Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the legal officer in Yosemite National Park and serve as the prosecutor for misdemeanor matters arising in the park. I have been so employed for seven years.

In the normal course of my duties, I and other individuals acting in a similar capacity, in my office regularly conduct probation reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned that defendant Samuel Guadalupe FLORES has failed to obey all laws.

As the legal officer, I am aware that Samuel Guadalupe FLORES, was charged with Count 1: Driving under the influence of alcohol to a degree that renders the operator incapable of safe operation, in violation of Title 36 Code of Federal Regulations §

1

1   4.23(a)(1),Count 2: Driving under the influence of alcohol with a BAC greater than

2   0.08%, in violation of Title 36 Code of Federal Regulations § 4.23(a)(2), Count 3:

3   Operating a motor vehicle with one headlamp, in violation of Title 36 Code of Federal

4   Regulations § 4.2(b), incorporating California Vehicle Code § 24400(a), Count 4: Driving

5   without a valid license, in violation of Title 36 Code of Federal Regulations § 4.2(b),

6   incorporating California Vehicle Code § 12500.

7           FLORES plead guilty to the charge of driving under the influence with a BAC

8   greater than 0.08% on May 18, 2016, and was sentenced to serve twelve months of

9   unsupervised probation with the conditions he pay a $400 fine, obey all laws, report all

10   new violations of the law to the Yosemite Legal Office, attend and complete the first time

11   DUI offender program, and complete 80 hours of community service.

12           The government alleges FLORES has violated the following condition(s) of his

13   unsupervised probation:

14           CHARGE ONE:      FAILURE TO OBEY ALL LAWS

15           FLORES was ordered to obey all laws. On November 17, 2016, FLORES was

16   arrested in Yosemite National Park, for driving while under the influence of alcohol.

17           I declare under penalty of perjury the information which I have set forth above and

18   on the face of this Affidavit of Alleged Probation(s) is true to the best of my knowledge.

19   ___1/5/17___
     Date

20                                                    Susan St. Vincent
                                                      Legal Officer
21                                                    Yosemite National Park, CA

22   Sworn to before me and subscribed in my presence in Yosemite National Park,

23   California.

24

25   ___1/5/17___
     Date                                             Honorable Michael J. Seng
26                                                    U. S. Magistrate Judge
                                                      Eastern District of California
27

28

                                        2