HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
SAMUEL FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:16-mj-00003-MJS |
|---|---|
| Plaintiff, | Case No. 6:17-mj-00001-MJS |
| vs. | **STIPULATION TO CONTINUE REVIEW HEARING; ORDER** |
| SAMUEL FLORES, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Samuel Flores, that the Court continue the April 18, 2018 hearing to May 2, 2018.

On April 26, 2017, the Court sentenced Mr. Flores to 24 months of unsupervised probation, during which he was to obey all laws and report any new law violations. He was also ordered to pay a $1000 fine, abstain from alcohol, enroll in the 18-month Multi-Offender Program, and attend AA meetings twice a week for the first twelve months. The Court also imposed 45 days of suspended custody time. The Court set a review hearing for April 18, 2018. Unfortunately, due to a change in the Court's calendar, it can no longer accommodate a review hearing on April 18. Accordingly, the parties request the Court to continue the review hearing to May 2, 2018.

|  |  |  |
|---|---|---|
| | | Respectfully submitted, |
| | | McGREGOR W. SCOTT<br>United States Attorney |
| | Date: April 12, 2018 | */s/ Susan St. Vincent*<br>Susan St. Vincent<br>Yosemite Legal Officer<br>Attorney for Plaintiff |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| | Date: April 12, 2018 | */s/ Hope Alley*<br>HOPE ALLEY<br>Assistant Federal Defender<br>Attorney for Defendant<br>SAMUEL FLORES |

## **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the April 18, 2018 hearing for Samuel Flores, Case No. 6:16-mj-0003-MJS and 6:17-mj-00001-MJS, is continued to May 2, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   April 12, 2018            /s/ *Michael J. Seng*
                                                                  UNITED STATES MAGISTRATE JUDGE